October 24, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911, and rule 40 of the Supreme Court. *Mr. Juan B. Huyke* for petitioner. *Messrs. Aponte* and *Aponte* for respondent.

---

No. 386. THE PEOPLE *v.* ARCHILLA.—Appeal from the District Court of San Juan, Section 2. Decided October 26, 1911. Judgment affirmed. *Mr. Ramón Falcón* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 380. THE PEOPLE *v.* ORTÍZ ET AL.—Appeal from the District Court of San Juan, Section 2. Decided October 26, 1911. Judgment affirmed. *Messrs. Cayetano Coll y Cuchí* and *Pedro González* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 383. THE PEOPLE *v.* AMADOR.—Appeal from the District Court of San Juan, Section 2. Decided October 30, 1911. Judgment affirmed. *Mr. Ramón Falcón* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 773. ENRICH *v.* FORTEZA ET AL.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss the appeal. Decided October 30, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911, and rule 40 of the Supreme Court. *Mr. Cayetano Coll y Cuchí* for petitioners. *Messrs. López Landrón* and *Rincón* for respondent.

---

No. 744. ENRICH *v.* FORTEZA ET AL.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss the